Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★   ★   ★   ★   ★   ★   ★

# MEMORANDUM OPINION

No. 04-08-00383-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant/Cross-Appellee

v.

Julian **TORRES**, III,
Appellee/Cross-Appellant

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-05-98
Honorable Alex W. Gabert, Judge Presiding

PER CURIAM

Sitting:        Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:    December 17, 2008

REVERSED and REMANDED

The parties have filed a "Joint Motion to Set Aside and Remand" stating they have reached a settlement, and requesting that we set aside the trial court's judgment without regard to the merits and remand the cause to the trial court for further proceedings in accordance with the parties's settlement agreement. The motion is granted. The judgment of the trial court signed on March 12, 2008 is reversed, and the cause is remanded to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM